# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-60857

United States Court of Appeals
Fifth Circuit

**FILED**
December 7, 2018

Lyle W. Cayce
Clerk

JAMES D. SCHAEFFER,

Plaintiff–Appellant
Cross-Appellee,

versus

WARREN COUNTY, MISSISSIPPI;
WARREN COUNTY BOARD OF SUPERVISORS,

Defendants−Appellees
Cross-Appellants.

Appeals from the United States District Court
for the Southern District of Mississippi
No. 3:14-CV-945

Before SMITH, BARKSDALE, and HO, Circuit Judges.

PER CURIAM: [*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-60857

James Schaeffer sued Warren County under various theories including retaliation under the Fair Labor Standards Act. A jury found liability and awarded damages. The district court concluded that Schaeffer had failed to mitigate damages by finding alternative employment after his termination. The court therefore awarded only nominal damages of one dollar. The court also awarded reduced attorneys' fees. Schaeffer appeals mainly the damages determination, and the county cross-appeals on, *inter alia*, the finding of liability.

We have reviewed the briefs, the applicable law, and relevant parts of the record and have heard oral argument. The judgment is AFFIRMED, essentially on the bases carefully explained by the district court, especially in its thorough 23-page post-trial order of November 27, 2017.